# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————

**No. ACM S32499**

———————————

**UNITED STATES**
*Appellee*

**v.**

**Joseph M. PEREZ**
Senior Airman (E-4), U.S. Air Force, *Appellant*

———————————

Appeal from the United States Air Force Trial Judiciary

Decided 29 October 2018

———————————

*Military Judge:* John Harwood (motion); John C. Degnan.

*Approved sentence:* Bad-conduct discharge, confinement for 1 month, forfeiture of $1,000.00 pay per month for 1 month, reduction to E-2, and a reprimand. Sentence adjudged 14 November 2017 by SpCM convened at Offutt Air Force Base, Nebraska.

*For Appellant:* Lieutenant Colonel Judith A. Walker, USAF; Major Todd M. Swensen, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF.

Before HUYGEN, MINK, and POSCH, *Appellate Military Judges.*

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

———————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.


FOR THE COURT

CAROL K. JOYCE
Clerk of the Court